UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
Oakland DIVISION

IN RE:                                                       Chapter 7

WHITE, GERALD RICHARD                                        Case No. 10-41079 LT
WHITE, BARBARA ANN

                        Debtor(s)

**APPLICATION OF TRUSTEE FOR COMPENSATION**

TO:     THE HONORABLE Leslie J. Tchaikovsky, UNITED STATES BANKRUPTCY JUDGE

The application of Paul J Mansdorf, brought pursuant to Section 330, Bankruptcy Code, respectfully shows that he is the duly appointed Trustee in Bankruptcy in the above captioned estate, that the assets of said debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $8,189.16.

In the administration of said estate, your applicant has performed those services required by a Trustee.

Your applicant deems said services to be reasonably worth $1,568.92. The statutory allowance is the sum of $1,568.92 and your applicant has heretofore received on account of his compensation as such Trustee the sum of $0.00.

Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding Attorney-at-Law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of his own funds the following expenses properly chargeable to said estate, none of which have been repaid, and for which he requests reimbursement, to wit:

| | |
|---|---|
| Photocopy/Duplication Expense | $    30.00 |
| Postage | $     3.52 |
| TOTAL: | $    33.52 |

WHEREFORE, Paul J Mansdorf requests reimbursement for such allowance for his services herein as the Court finds reasonable and just.

DATED: August 8, 2010.

                                              /s/ Paul J Mansdorf /e/ Paul J. Mansdorf
                                              Paul J Mansdorf,

# Compensation and Expense Worksheet

Case Number: 10-41079 LT
Debtor: WHITE, GERALD RICHARD
WHITE, BARBARA ANN

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. §326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| Receipts | $8,189.16 | 25% of First $5,000.00 | $1,250.00 |
| Less | ($5,000.00) | ($1,250.00 Max) | |
| Balance | $3,189.16 | 10% of next $45,000.00 | $318.92 |
| Less | ($45,000.00) | ($4,500.00 Max) | |
| Balance | $0.00 | 5% of next $950,000.00 | $0.00 |
| Less | ($950,000.00) | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of Remaining Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $1,568.92
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** $1,568.92

### 2. TRUSTEE EXPENSES

Photocopy/Duplication Expense $30.00
Postage $3.52

TOTAL EXPENSES CALCULATED: $33.52
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** $33.52

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** $1,602.44

DATED: August 8, 2010.

/s/ Paul J Mansdorf /e/Paul J. Mansdorf
Paul J Mansdorf,
1563 Solano Ave., #703
Berkeley, CA 94707

Paul J. Mansdorf, Trustee
1563 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
mansdorftrustee@sbcglobal.net

**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

In re:

                              Case No. 10-41079

GERALD RICHARD WHITE
BARBARA ANN WHITE
           Debtor.
_____/

**TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NARRATIVE SUMMARY**
_____

      GERALD RICHARD WHITE and BARBARA ANN WHITE ("Debtors") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code on February 1, 2010, and Applicant was thereupon appointed trustee. Applicant investigated the financial affairs of the debtor, and noticed that debtors had non-exempt vehicle equity. The debtors purchased this equity back from the estate.

      Applicant has served as trustee continuously during the time of his appointment.

      Applicant reviewed schedules and conducted his own independent property search.

      Applicant presided over and questioned the debtors at the §341 meeting of creditors.

      Applicant retained counsel for assistance with the above-described sale and reviewed and approved the fee application.

      Claims were reviewed. Pursuant to the attached Proposed distribution, after administrative claims are paid, there will be a distribution to unsecured priority creditors in the

approximate sum of 50%.

Applicant has maintained a blanket bond in the amount of 150% of the estate's assets.

Applicant has opened and maintains interest bearing bank accounts for the investment of estate funds.

An adversary proceeding remains pending by one particular creditor pursuant to §523 but does not affect this final account nor the proposed distribution, and should not delay either estate administration nor distribution to creditors..

Applicant has prepared his Final Report and Application for Compensation and Reimbursement of Expenses, and this Narrative Summary.

It is estimated that a total of 10.7 hours will have been devoted to the administration of this estate.

DATED: August 8, 2010                    Respectfully submitted,


          Paul Mansdorf
Paul J. Mansdorf, Trustee